IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC,<br><br>  Defendants.<br>_____/ | No. C 12-692 CW<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT AND ORDERING PARTIES TO COMPLY WITH SCHEDULING ORDER IN RELATED CASE |

The Courts ORDERS Defendants Qualcomm, Inc., Freescale Semiconductor, Inc, and ATI Technologies, ULC to answer or otherwise respond to Plaintiff Tessera, Inc.'s Amended Complaint within ten days of the date of this Order.

The Parties are ORDERED to comply with the scheduling order set on January 4, 2012 in the related case, Tessera, Inc. v. Advanced Micro Devices, Inc., et al., Case No. 05-4063, Docket No. 947, including any amendments thereto, unless the Parties obtain relief from the scheduling order. The Court sets April 9, 2012 as the deadline for the Parties to this action to add additional parties or claims.

IT IS SO ORDERED.

Dated: 3/1/2012

CLAUDIA WILKEN
United States District Judge