IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C 12-692 CW |
| Plaintiff, | ORDER SETTING DEADLINE FOR DISCLOSURES UNDER PATENT LOCAL RULE 3-1 |
| v. | |
| QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC, | |
| Defendants. | |

The Court ORDERS that Plaintiff Tessera, Inc. shall make the required disclosures under the Patent Local Rule 3-1 no later than fourteen days after Defendants Qualcomm, Inc., Freescale Semiconductor, Inc., and ATI Technologies, ULC have served their answers to the amended complaint.

IT IS SO ORDERED.

Dated: 3/7/2012

CLAUDIA WILKEN
United States District Judge