IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; ATI TECHNOLOGIES, ULC,<br><br>    Defendants.<br>_____/ | No. C 12-692 CW<br><br>ORDER REFERRING MOTION TO STRIKE TO SPECIAL MASTER (Docket No. 175) |

    Pursuant to the Court's prior orders referring all discovery matters to the Special Master and its May 30, 2012 Order referring Defendant Freescale Semiconductor, Inc.'s motion to strike to the Special Master, the Court hereby refers Defendant Qualcomm, Inc.'s motion to strike Plaintiff Tessera, Inc.'s preliminary infringement contentions and to join Freescale's motion to strike to the Special Master for adjudication (Docket No. 175).

    IT IS SO ORDERED.

Dated: 7/23/2012

CLAUDIA WILKEN
United States District Judge