IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC., | No. C 12-692 CW |
| Plaintiff, | ORDER REGARDING DEFENDANTS' OBJECTION TO THE REPORT AND RECOMMENDATION OF THE SPECIAL MASTER (Docket No. 200) |
| v. | |
| MOTOROLA, INC.; QUALCOMM, INC.; FREESCALE SEMICONDUCTOR, INC.; and ATI TECHNOLOGIES, ULC, | |
| Defendants. | |

AND ALL RELATED COUNTERCLAIMS
_____/

   Defendants ATI Technologies ULC, Freescale Semiconductor, Inc. and Qualcomm, Inc. object to the Special Master's Report and Recommendation (Docket No. 1026 in Case No. 05-4063) regarding their motions to strike Plaintiff Tessera, Inc.'s Amended Disclosure of Infringement Contentions.  Docket No. 200.

   Pursuant to the Amended Order of Reference to the Special Master, Defendants were required to submit with their objection any record necessary for the Court to review the Special Master's Report and Recommendation.  Docket No. 138 ¶ 6.3.  Although the motions to strike filed by Freescale and Qualcomm have been filed in the docket, see Docket Nos. 155 and 175, Defendants have not provided the Court with the complete briefing that was submitted to the Special Master.

   Accordingly, within three Court days of the date of this Order, Defendants shall provide the Court with chambers copies of all documents that any party submitted to the Special Master in connection with these motions, except those already filed in the

docket of this action.  By that date, Defendants shall also file these documents in the docket or shall file a motion for leave to file the documents under seal, and shall file a declaration attesting that they have provided the Court with all documents required by this Order.

    Defendants' failure to comply with the requirements of this Order will result in their objections being overruled.

    IT IS SO ORDERED.

Dated: 10/9/2012

CLAUDIA WILKEN
United States District Judge