1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br>     Plaintiff and Counter-defendant, <br> v. <br> MOTOROLA INC., et al., <br>     Defendants and Counter-claimants. | CASE NO. 4:12-cv-00692-CW <br><br> **ORDER GRANTING UNOPPOSED MOTION TO SHORTEN TIME FOR TESSERA, INC.'S MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT** <br><br> Judge:    Hon. Claudia Wilken |

20187214.1

[PROPOSED] ORDER TO SHORTEN TIME
CASE NO. 4:05-CV-04063-CW

20187214.1

1  Having considered the parties' submissions regarding Tessera, Inc.'s Unopposed Motion to Shorten Time For Tessera, Inc.'s Motion For Leave to Amend First Amended Complaint, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Shorten Time is GRANTED.  Tessera, Inc.'s Motion For Leave to Amend First Amended Complaint **shall be decided on the papers**. Defendants' opposition(s) to that Motion shall be filed no later than March 7, 2013 and Tessera's reply in support of its Motion shall be filed no later than March 11, 2013.

Dated:  March 1, 2013

_____
Hon. Claudia Wilken
United States District Judge

Submitted on March 1, 2013 by:

   /s/   Katherine K. Huang_____
Katherine K. Huang  (SBN 219798)
katherine.huang@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

*Attorneys for Plaintiff and Counterdefendant Tessera, Inc.*