IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOTOROLA, INC.; QUALCOMM, INC.;<br>FREESCALE SEMICONDUCTOR, INC.;<br>and ATI TECHNOLOGIES, ULC,<br><br>　　　　Defendants.<br>_____/ | No. C 12-692 CW<br><br>ORDER DENYING<br>WITHOUT PREJUDICE<br>TESSERA'S MOTION<br>TO ADOPT THE<br>SPECIAL MASTER'S<br>FIRST<br>RECOMMENDATION<br>REGARDING THE<br>EXPERT REPORT OF<br>CHARLES MOONEY<br>(Docket No. 279)<br>AND DENYING AS<br>MOOT TESSERA'S<br>MOTION TO SHORTEN<br>TIME (Docket No.<br>278) |

　　　On July 30, 2013, the Special Master issued a report and recommendation regarding Plaintiff Tessera, Inc.'s motion to strike the May 31, 2013 expert report of Mr. Charles Mooney and preclude him from testifying as an expert or fact witness at trial. Docket No. 274. The Special Master presented the Court with two alternative recommendations regarding the resolution of the motion. In the first, the Special Master recommended that the Court grant Tessera's motion, strike the expert report and preclude Mr. Mooney from testifying as an expert at trial but allow him to testify as a percipient witness, permit Tessera to take his deposition in this capacity and allow Tessera appropriate follow-up discovery on the subjects of Mr. Mooney's deposition testimony. In the second, the Special Master recommended that the Court deny Tessera's motion and decline to strike the expert report or preclude Mr. Mooney's expert testimony but permit

Tessera to take both a fact deposition and an expert deposition from Mr. Mooney and engage in appropriate follow-up discovery.

On August 6, 2013, Tessera moved the Court to adopt the Special Master's first recommendation. Docket No. 279. Tessera also filed a motion to shorten time on its motion to adopt the report and recommendation, so that Tessera would know the status of Mr. Mooney's expert report prior to August 30, 2013, when its rebuttal expert reports are due. Docket No. 278.

On August 8, 2013, Defendants Qualcomm, Inc., ASE, Freescale and ChipMOS filed a response to the Special Master's report and recommendation. Docket No. 282. Defendants represent that they have now agreed to withdraw Mr. Mooney's expert report and not to call Mr. Mooney as an expert witness at trial. Defendants also state that the parties are working to reach a joint stipulation to submit to the Court regarding Mr. Mooney's deposition and testimony as a fact witness.

Because Mr. Mooney's expert report has now been withdrawn, the Court DENIES AS MOOT Tessera's motion to shorten time (Docket No. 278). Further, based on Defendants' representations that this report has been withdrawn, that they will not call Mr. Mooney as an expert witness at trial and that the parties are presently working together to reach an agreement regarding his deposition and testimony as a fact witness, the Court DENIES Tessera's motion to adopt the Special Master's report and recommendation (Docket No. 279). This denial is without prejudice to Tessera renewing its motion if the parties are unable to agree to a stipulation.

IT IS SO ORDERED.

Dated: 8/13/2013

CLAUDIA WILKEN
United States District Judge