Gregory P. Stone (SBN 078329) gregory.stone.mto.com
Ted G. Dane (SBN 143195) ted.dane@mto.com
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr. (Pro Hac Vice) fred.bartlit@bartlit-beck.com
Eric R. Olson (Pro Hac Vice) eric.olson@bartlit-beck.com
Sean Grimsley (SBN 216741) sean.grimsley@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Attorneys for Plaintiff and Counterdefendant Tessera, Inc.

Gregory L. Lippetz (SBN 154228) glippetz@jonesday.com
An P. Doan (SBN 250111) apdoan@jonesday.com
Jones Day
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939
Fax: (650) 739-3900

Blaney Harper (Pro Hac Vice) bharper@jonesday.com
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

Attorneys for Defendant Freescale Semiconductor Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>        Plaintiff and Counterdefendant,<br><br>v.<br><br>MOTOROLA, INC., FREESCALE SEMICONDUCTOR INC. et al.<br><br>        Defendants and Counterclaimants. | CASE NO. 4:12-cv-00692-CW<br><br>**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE** |

1     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Tessera, Inc. and Defendant Freescale Semiconductor Inc., pursuant to Fed. R. Civ. P. 41(a)(2), that all claims as between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: September 9, 2013 | **MUNGER, TOLLES & OLSON LLP** |
| 3 | | By: */s/ Ted G. Dane* |
| | | Ted G. Dane |
| 4 | | Attorney for Plaintiff Tessera, Inc. |

DATED: September 9, 2013            **JONES DAY**

By: */s/ Blaney Harper*
            Blaney Harper

Attorney for Defendant Freescale Semiconductor Inc.

SO ORDERED.

DATED:  9/10/2013

_____
The Honorable Claudia Wilken

- 3 -            STIPULATION AND ORDER OF
            FINAL DISMISSAL WITH PREJUDICE

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Freescale Semiconductor Inc., Blaney Harper.

DATED: September 9, 2013

**MUNGER, TOLLES & OLSON LLP**

By: */s/ Ted G. Dane*
    Ted G. Dane

Attorney for Plaintiff Tessera, Inc.

- 4 -                    STIPULATION AND ORDER OF
                         FINAL DISMISSAL WITH PREJUDICE