Ted G. Dane (SBN 143195)
Joseph D. Lee (SBN 110840)
Garth T. Vincent (SBN 146574)
Zachary M. Briers (SBN 287984)
Munger, Tolles & Olson LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560
Tel: (213) 683-9100
Fax: (213) 687-3702

Fred H. Bartlit, Jr. (Pro Hac Vice)
Eric R. Olson (Pro Hac Vice)
Sean Grimsley (SBN 216741)
Sundeep (Rob) K. Addy (Pro Hac Vice)
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop St., 8th Fl.
Denver, CO 80202
Tel: (303) 592-3100
Fax: (303) 592-3140

Attorneys for Plaintiff and
Counterdefendant Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED MICRO DEVICES, INC.., et al., <br><br> Defendants. <br><br> AND RELATED CASES | Case No. 4:05-cv-04063 CW <br><br> **DECLARATION OF SUNDEEP K. (ROB) ADDY IN SUPPORT OF PLAINTIFF TESSERA'S OPENING BRIEF REGARDING CLAIM CONSTRUCTION AND MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:   Hon. Claudia Wilken <br><br> *Related Case:* 4:12-cv-00692-CW |

1   I, Sundeep K. (Rob) Addy, declare as follows:

2   1. I am a partner at Bartlit Beck Herman Palenchar & Scott LLP, counsel for Tessera,
3   Inc. in the above-captioned actions.

4   2. I submit this declaration in support of Tessera, Inc.'s Opening Brief Regarding
5   Claim Construction and Motion for Summary Judgment, filed concurrently herewith.

6   3. Attached hereto as Exhibit A is a true and correct copy of United States Patent No.
7   5,679,977, dated December 22, 1998.

8   4. Attached hereto as Exhibit B is a true and correct copy of United States Patent No.
9   5,582,326, dated December 22, 1998.

10  5. Attached hereto as Exhibit C is a true and correct copy of the Order Construing
11  Disputed Claims and Terms in *Samsung Electronics Co. v. Tessera Technologies, Inc.*, No. 4:02-
12  cv-5837-CW (Dkt. 128) (N.D. Cal.), dated January 8, 2004.

13  6. Attached hereto as Exhibit D is a true and correct copy of the Order Construing
14  Claims in *Texas Instruments, Inc. v. Tessera, Inc.*, No. C-00-2114-CW (N.D. Cal.), dated May 25,
15  2001.

16  7. Attached hereto as Exhibit E is a true and correct copy of the Initial Determination
17  on Violation of Section 337 and Recommended Determination on Remedy and Bond, filed in
18  International Trade Commission ("ITC") Investigation No. 337-TA-605, dated December 1, 2008.

19  8. Attached hereto as Exhibit F is a true and correct copy of the Initial Determination,
20  filed in ITC Investigation No. 337-TA-432, dated September 25, 2001.

21  9. Attached hereto as Exhibit G is a true and correct copy of the Claim Construction
22  Memorandum Opinion and Order in *Tessera, Inc. v. Micron Tech., Inc.*, Case No. 05-cv-0094,
23  Dkt. No. 295 (E.D. Tex.), dated March 22, 2006.

24  10. Attached hereto as CONFIDENTIAL Exhibit H (and filed with this Court under
25  seal) is a true and correct copy of the TCC® License Agreement between Tessera, Inc. and SGS-
26  Thompson Microelectronics, Inc. (the predecessor entity to Defendant STMicroelectronics Inc.
27  ("ST Inc.")), dated July 28, 1997.

28

11. Attached hereto as CONFIDENTIAL Exhibit I (and filed with this Court under seal) is a true and correct copy of excerpts from the Rebuttal Expert Report of James E. Malackowski, dated August 30, 2013.

12. Attached hereto as CONFIDENDIAL Exhibit J (and filed with this Court under seal) is a true and correct copy of the Witness Statement of Archibald Malone, given in ITC Investigation No. 337-TA-605 on February 7, 2008.

13. Attached hereto as CONFIDENTIAL Exhibit K (and filed with this Court under seal) is a true and correct copy of the TCC® License Agreement between Tessera, Inc. and Toshiba Corporation, dated April 1, 1999.

14. Attached hereto as Exhibit CONFIDENTIAL Exhibit L (and filed with the Court under seal) is a true and correct copy of the First License Amendment to the TCC® License Agreement between Tessera, Inc. and Toshiba Corporation, dated April 1, 2002.

15. Attached hereto as Exhibit M is a true and correct copy of a facsimile transmission from Chris Pickett to Archie Malone, dated September 10, 1997.  Personal data identifiers, including bank account and routing information for Tessera, Inc., have been redacted under Fed. R. Civ. P. 5.2.

16. Attached hereto as Exhibit N is a true and correct copy of an excerpt from Tessera, Inc.'s First Supplemental Responses to STMicroelectronics Inc.'s Fifth Set of Interrogatories (Nos. 21-30).

17. Attached hereto as Exhibit O is a true and correct copy of a facsimile transmission from Bill Carlson to Mike Hundt, dated August 25, 1997.

18.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 18, 2014, in Denver, Colorado.

*/s/ Sundeep K. (Rob) Addy*

Sundeep K. (Rob) Addy