| | |
|---|---|
| GREGORY P. STONE (SBN: 078329) | DAVID H. DOLKAS (SBN: 111080) |
| gregory.stone.mto.com | ddolkas@mwe.com |
| TED G. DANE (SBN: 143195) | DAVID L. LARSON (SBN: 112342) |
| ted.dane@mto.com | dlarson@mwe.com |
| MUNGER, TOLLES & OLSON LLP | McDERMOTT WILL & EMERY LLP |
| 355 S. Grand Ave., 35th Fl. | 275 Middlefield Road, Suite 100 |
| Los Angeles, CA  90071-1560 | Menlo Park, CA  94025-4004 |
| Telephone:    (213) 683-9100 | Telephone:    (650) 815-7400 |
| Facsimile:     (213) 687-3702 | Facsimile:     (650) 815-7401 |
| | |
| FRED H. BARTLIT, JR. (Pro Hac Vice) | DANIEL R. FOSTER (SBN:  179753) |
| fred.barlit@barlit-beck.com | dfoster@mwe.com |
| ERIC R. OLSON (Pro Hac Vice) | McDERMOTT WILL & EMERY LLP |
| eric.olson@barlit-beck.com | 4 Park Plaza, Suite 1700 |
| SEAN GRIMSLEY (SBN: 216741) | Irvine, CA 92614 |
| sean.grimsley@barlit-beck.com | Telephone:  (949) 851-0633 |
| Bartlit Beck Herman Palenchar & Scott LLP | Facsimile:   (949) 851-9348 |
| 1899 Wynkoop St., 8th Fl. | |
| Denver, CO 80202 | Attorneys for Defendant and Counterclaimant |
| Telephone:  (303) 592-3100 | QUALCOMM INCORPORATED |
| Facsimile:   (303) 592-3140 | |

Attorneys for Plaintiff and Counterdefendant
TESSERA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TESSERA, INC., | CASE NO.  4:12-CV-00692-CW |
| Plaintiff and Counterdefendant, | |
| v. | **STIPULATION AND ORDER OF FINAL DISMISSAL** |
| MOTOROLA, INC., QUALCOMM, INC., FREESCALE SEMICONDUCTOR, INC., and ATI TECHNOLOGIES, INC. | |
| Defendants. | |
| AND RELATED COUNTER CLAIMS | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Counterdefendant Tessera, Inc. and Defendant and Counterclaimant Qualcomm Incorporated pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims and counterclaims as between them in the above-captioned matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: March 28, 2014         MUNGER, TOLLES & OLSON LLP

By: */s/ Ted G. Dane*
         Ted G. Dane

Attorney for Plaintiff and Counterdefendant
TESSERA, INC.

DATED: March 28, 2014         McDERMOTT WILL & EMERY LLP

By: */s/ David H. Dolkas*
         David H. Dolkas

Attorney for Defendant and Counterclaimant
QULACOMM INCORPORATED

IT IS SO ORDERED.

DATED:  4/1/2014

The Honorable Claudia Wilken

**CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Qualcomm Incorporated, David H. Dolkas.

Dated: March 28, 2014             */s/ Zachary M. Briers*