1  GREGORY P. STONE (SBN: 078329)        DAVID H. DOLKAS (SBN: 111080)
   gregory.stone.mto.com                 ddolkas@mwe.com
2  TED G. DANE (SBN: 143195)             DAVID L. LARSON (SBN:  112342)
   ted.dane@mto.com                      dlarson@mwe.com
3  MUNGER, TOLLES & OLSON LLP            McDERMOTT WILL & EMERY LLP
   355 S. Grand Ave., 35th Fl.           275 Middlefield Road, Suite 100
4  Los Angeles, CA  90071-1560           Menlo Park, CA  94025-4004
   Telephone:    (213) 683-9100          Telephone:    (650) 815-7400
5  Facsimile:    (213) 687-3702          Facsimile:    (650) 815-7401

6  FRED H. BARTLIT, JR. (Pro Hac Vice)   DANIEL R. FOSTER (SBN:  179753)
   fred.barlit@barlit-beck.com           dfoster@mwe.com
7  ERIC R. OLSON (Pro Hac Vice)          McDERMOTT WILL & EMERY LLP
   eric.olson@barlit-beck.com            4 Park Plaza, Suite 1700
8  SEAN GRIMSLEY (SBN: 216741)           Irvine, CA 92614
   sean.grimsley@barlit-beck.com         Telephone:  (949) 851-0633
9  Bartlit Beck Herman Palenchar & Scott LLP   Facsimile:   (949) 851-9348
   1899 Wynkoop St., 8th Fl.
10 Denver, CO 80202                      Attorneys for Defendant
   Telephone:  (303) 592-3100            Qualcomm CDMA Technologies Asia Pacific
11 Facsimile:   (303) 592-3140           Pte. Ltd.

12 Attorneys for Plaintiff and Counterdefendant
   TESSERA, INC.
13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                        OAKLAND DIVISION
16

17
                                         CASE NO.  4:12-CV-00692-CW
18 TESSERA, INC.,

19          Plaintiff and
            Counterdefendant,
20                                       **STIPULATION AND ORDER
       v.                                OF FINAL DISMISSAL**
21
22 MOTOROLA, INC., QUALCOMM, INC.,
   FREESCALE SEMICONDUCTOR, INC.,
23 and ATI TECHNOLOGIES, INC.

24          Defendants.

25 AND RELATED COUNTER CLAIMS

26

27

28

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and

2   Counterdefendant Tessera, Inc. ("Tessera") and Defendant Qualcomm CDMA Technologies Asia

3   Pacific Pte. Ltd. ("QCTAP"), that the stay of the above-captioned action against QCTAP shall be

4   lifted.

5    IT IS FURTHER STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2) and

6   (c), that all claims and counterclaims as between Tessera and QCTAP in the above-captioned

7   matter be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own

8   costs, expenses and attorneys' fees.

9

10  DATED:  March 30, 2014                         MUNGER, TOLLES & OLSON LLP

11                                                 By: _/s/ Ted G. Dane_
                                                          Ted G. Dane
12
                                                   Attorney for Plaintiff and Counterdefendant
13                                                 TESSERA, INC.

14
    DATED:  March 30, 2014                         McDERMOTT WILL & EMERY LLP
15
                                                   By: _/s/ David H. Dolkas_
16                                                        David H. Dolkas

17                                                 Attorney for Defendant and Counterclaimant
                                                   QUALCOMM CDMA TECHNOLOGIES ASIA
18                                                 PACIFIC PTE. LTD.

19

20

21

22
    IT IS SO ORDERED.
23

24

25  DATED: _____4/1/2014_____         _____
                                                   The Honorable Claudia Wilken
26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from counsel for Qualcomm Incorporated, David H. Dolkas.

Dated: March 30, 2014                    _____/s/ Zachary M. Briers_____